IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 10-cv-00321-BNB

DAWANE MALLETT,

    Plaintiff,

v.

RON WILEY, ADX Warden, and
MARK COLLINS, Unit Manager, and
HARLEY LAPPIN, F.B.O.P. Director,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Notify Court as to (Prison's Refusal to Send Any Partial Court Fee" (Doc. # 4), filed on February 16, 2010, and "Motion for Court to Show Cause How the Flesh and Blood Man Dawane Mallett is 'Liable' for Court Fee's in the 'Corporate Case'" (Doc. # 7), filed on March 24, 2010. In the motions, Plaintiff objects to paying an initial partial filing fee. However, Plaintiff was granted leave to proceed ***in forma pauperis*** without payment of an initial partial filing fee on April 1, 2010. Accordingly, the motions (Docs. # 4 & # 7) are DENIED as moot.

    Dated: April 8, 2010