IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00321-BNB

DAWANE MALLETT,

    Plaintiff,

v.

RON WILEY, ADX Warden, and
MARK COLLINS, Unit Manager, and
HARLEY LAPPIN, F.B.O.P. Director,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Dawane Mallett, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. Mr. Mallett initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. By order dated February 16, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and ordered Mr. Mallett to cure a deficiency in the action by filing a certified copy of his inmate trust fund account statement. Mr. Mallett filed a certified inmate trust fund account statement on March 12, 2010, and he was granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee by order dated April 1, 2010.

On April 9, 2010, Magistrate Judge Boland determined that the Complaint was deficient because Mr. Mallett failed to assert the personal participation of all named defendants in the alleged violations of his constitutional rights. Therefore, Mr. Mallett

was directed to file an amended complaint. Mr. Mallett was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Mallett has not filed an amended complaint, as directed by Magistrate Judge Boland, nor has he communicated with the Court since March 26, 2010. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for failure to cure all deficiencies within the time allowed.

DATED at Denver, Colorado, this  18th  day of  May , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00321-BNB

Dawane Arthur Mallett
Reg No. 13944-097
ADX - Florence
P.O. Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/20/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk